■ SHIRLEY H. COOPER, Respondent, v ESTATE OF IRVING COOPER, Deceased, Appellant. (Appeal No. 2.) [778 NYS2d 395]— Appeal from a judgment of the Supreme Court, Erie County (Barbara Howe, J.), entered September 8, 2003. The judgment was entered in favor of plaintiff and against defendant in the amount of $48,491.19.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Cooper v Estate of Cooper* (8 AD3d 1054 [2004]). Present—Green, J.P., Wisner, Scudder, Gorski and Lawton, JJ.